IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

COOPER LAND DEVELOPMENT, INC.,
an Arkansas Corporation                                                           PLAINTIFF


v.                                    Case No. 5:22-cv-05023


JAMES C. JUSTICE COMPANIES, INC.,
a Delaware Corporation                                                           DEFENDANT

## ORDER

Before the Court is the parties' Stipulation of Dismissal without Prejudice.  (ECF No. 8).  The

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared."

Fed. R. Civ. P. 41(a)(1)(A)(ii).  "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is

clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial

approval."  *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984).  Thus, the parties' claims

were effectively dismissed when the parties filed the instant stipulation.  However, this order issues for the

purpose of maintaining the Court's docket.

Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant

to the stipulation filed by the parties.

**IT IS SO ORDERED** this 21st day of September 2022.



/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**

1